UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

833473
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for SANTANDER BANK, N.A.

In Re:

SIMONE VASSELL A/K/A SIMONE WYNTER A/K/A
SIMONE N. VASSELL

**Order Filed on March 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:  19-19342-CMG

Hearing Date: January 15, 2020

Judge:  CHRISTINE M. GRAVELLE

| | | |
|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 23, 2020**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | SANTANDER BANK, N.A. |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | William  H. Oliver, Jr., Esquire |
| Property Involved ("Collateral"): | 9 HARRIER COURT, TINTON FALLS, NJ 07724 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

☒ The Debtor is overdue for 1 month, 03/01/2020.

☒ The Debtor is overdue for 1 payment at $613.38.

☐ The Debtor is assessed for _____ late charges at $_____ per month.

☒ Applicant acknowledges suspense funds in the amount of $23.41.

Total Arrearages Due $589.97.

2.    Debtor must cure all post-petition arrearages, as follows:

☒ Immediate payment shall be made in the amount of $589.97.  Payment shall be made no later than 03/31/2020.

☒ Beginning on 04/01/2020, regular monthly mortgage payments shall continue to be made.

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____  for _____ months.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  Said amount shall be set up on Trustee's ledger as a separate Claim.  Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3.      Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

Santander Bank, N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047


☒ Regular Monthly payment:

Santander Bank, N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047


☐ Monthly cure payment:




4.      In the event of Default:

☒  Should the Debtors fail to make any of the above captioned payments, or if any regular monthly
mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30)
days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be
sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order
granting relief from the Automatic Stay


☒   In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case,
the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring
the loan contractually current.  Should the Debtors fail to bring the loan contractually current,
counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent
to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order
granting relief from the Automatic Stay


☒   This agreed order survives any loan modification agreed to and executed during the instant
bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than
thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification
shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an
Order granting relief from the Automatic Stay

5.        Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

The fees and costs are payable:

☐ Through the Chapter 13 plan.  These fees/costs shall be set up as a separate claim to be paid by
the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6.        This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 19-19342-CMG
Simone Vassell                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1          Date Rcvd: Mar 23, 2020
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db              +Simone Vassell,   9 Harrier Court,   Neptune, NJ 07753-7660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlena S. Diaz-Cobo   on behalf of Creditor   Foxchase at Tinton Falls II Condominium
           Association, Inc. collections@theassociationlawyers.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
          Robert  Davidow   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Sherri Jennifer Smith   on behalf of Creditor   SANTANDER BANK, N.A. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Simone  Vassell courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                       TOTAL: 9