Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−19342−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone Vassell
   aka Simone Wynter
   9 Harrier Court
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−1831

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 21, 2019.

On January 4, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            February 3, 2021
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 4, 2021
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19342-CMG |
| Simone Vassell | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 04, 2021 | Form ID: 185 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Simone Vassell, 9 Harrier Court, Neptune, NJ 07753-7660 |
| cr | + | Foxchase at Tinton Falls II Condominium Associatio, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| cr | + | SANTANDER BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518231771 | | Amerifinancial Soultions, LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518231772 | + | Central Jersey Urgent Care, PO Box 645370, Cincinnati, OH 45264-5370 |
| 518231777 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518231779 | + | Dmi/santander Bank Na, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 518407144 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518407145 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 518231780 | + | Fox Chase II Condominum Assoc, Inc, 1090 King Georges Post Road, Suite 301, Edison, NJ 08837-3704 |
| 518231781 | + | Foxchase II Condominum Assoc, c/o Cutolo Barros, LLC, 151 Highway 33 East, Suite 204, Manalapan, NJ 07726-8635 |
| 518256983 | + | Foxchase at Tinton Falls II, Condo Assoc., Inc., 850 Carolier Ln, No. Brunswick, NJ 08902-3312 |
| 518231782 | | Hackensack Meridian Health, PO Box 419801, Boston, MA 02241-9801 |
| 518231783 | | IC Systems, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518231785 | + | McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518231786 | + | Momouth EMA, PO box 417442, Boston, MA 02241-7442 |
| 518270365 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 518351641 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 1 CORPORATE DR., SUITE 360, LAKE ZURICH IL 60047-8945 |
| 518231790 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518231797 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518231798 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518303788 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518231801 | | USAA Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 518231800 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 518231802 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518231803 | | Woman's Place, 34 Sycamore Avenue, Suite 2A, Little Silver, NJ 07739-1248 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2021 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2021 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518231770 | | Email/Text: ebn@americollect.com | Jan 04 2021 21:46:00 | Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 518231774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 04 2021 21:46:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518231773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 04 2021 21:46:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, |

| Recip ID | | Notice Method | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 518231775 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 04 2021 21:47:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 518231776 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 04 2021 21:47:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 518231784 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 04 2021 21:46:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518231787 | | Email/Text: ebn@rwjbh.org | Jan 04 2021 21:47:00 | Monmouth Medical Center, PO Box 29965, New York, NY 10087-9965 |
| 518231788 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 04 2021 21:46:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518231789 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 04 2021 21:46:00 | Nelnet, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 518340751 | | Email/Text: bnc-quantum@quantum3group.com | Jan 04 2021 21:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518231791 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 21:39:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518231792 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 21:39:28 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518231793 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 21:39:28 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518231794 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 21:41:18 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 518231795 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 21:39:28 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518231796 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 21:41:18 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518231799 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 04 2021 21:47:00 | Transworld Systems, Inc., Collection Agency, 500 Virgina Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518231778 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Jan 04, 2021      Form ID: 185      Total Noticed: 45

Date: Jan 06, 2021      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Foxchase at Tinton Falls II Condominium Association  Inc. collections@theassociationlawyers.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Simone Vassell courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 7