Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−19342−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Simone Vassell
    aka Simone Wynter
    9 Harrier Court
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−1831

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 10, 2021.

Dated: February 10, 2021
JAN: dmi

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Simone Vassell  
    Debtor

Case No. 19-19342-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2021      Form ID: plncf13      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Simone Vassell, 9 Harrier Court, Neptune, NJ 07753-7660 |
| cr | + | Foxchase at Tinton Falls II Condominium Associatio, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| cr | + | SANTANDER BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518231771 | | Amerifinancial Soultions, LLC, PO Box 65018, Baltimore, MD 21264-5018 |
| 518231772 | + | Central Jersey Urgent Care, PO Box 645370, Cincinnati, OH 45264-5370 |
| 518231777 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518231778 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518231779 | + | Dmi/santander Bank Na, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 518407144 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518407145 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 518231780 | + | Fox Chase II Condominum Assoc, Inc, 1090 King Georges Post Road, Suite 301, Edison, NJ 08837-3704 |
| 518231781 | + | Foxchase II Condominum Assoc, c/o Cutolo Barros, LLC, 151 Highway 33 East, Suite 204, Manalapan, NJ 07726-8635 |
| 518256983 | + | Foxchase at Tinton Falls II, Condo Assoc., Inc., 850 Carolier Ln, No. Brunswick, NJ 08902-3312 |
| 518231782 | | Hackensack Meridian Health, PO Box 419801, Boston, MA 02241-9801 |
| 518231783 | | IC Systems, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518231785 | + | McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 518231786 | + | Momouth EMA, PO box 417442, Boston, MA 02241-7442 |
| 518270365 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 518351641 | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A., 1 CORPORATE DR., SUITE 360, LAKE ZURICH IL 60047-8945 |
| 518231790 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518231797 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518231798 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518303788 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518231801 | | USAA Federal Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 518231800 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 518231802 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 518231803 | | Woman's Place, 34 Sycamore Avenue, Suite 2A, Little Silver, NJ 07739-1248 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2021 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2021 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518231770 | | Email/Text: ebn@americollect.com | Feb 10 2021 21:18:00 | Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 518231774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2021 21:18:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 518231773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2021 21:18:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518231775 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 10 2021 21:19:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 518231776 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 10 2021 21:19:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 518231777 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2021 23:58:09 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518231778 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2021 00:14:46 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518231784 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2021 21:17:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518231787 | | Email/Text: ebn@rwjbh.org | Feb 10 2021 21:19:00 | Monmouth Medical Center, PO Box 29965, New York, NY 10087-9965 |
| 518231788 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 10 2021 21:18:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518231789 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 10 2021 21:18:00 | Nelnet, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 518340751 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2021 21:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518231791 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2021 23:57:18 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518231792 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 00:13:46 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518231793 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 00:13:46 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518231794 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 00:13:49 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 518231795 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 00:13:46 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518231796 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2021 23:57:18 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518231799 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 10 2021 21:19:00 | Transworld Systems, Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: plncf13 | Total Noticed: 46 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2021                              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

**Name**           **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marlena S. Diaz-Cobo
on behalf of Creditor Foxchase at Tinton Falls II Condominium Association Inc. collections@theassociationlawyers.com

Rebecca Ann Solarz
on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
on behalf of Debtor Simone Vassell courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 7