Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–19342–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone Vassell
   aka Simone Wynter
   9 Harrier Court
   Neptune, NJ 07753

Social Security No.:
   xxx–xx–1831

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/4/22 at 09:00 AM

to consider and act upon the following:

**99** – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 4/22/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 4/21/22

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court