| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-12407 BKMFR03<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Santander Bank, N.A. | |
| In Re:<br><br>SIMONE VASSELL AKA SIMONE WYNTER | Case No:  19-19342-CMG<br><br>Hearing Date:  March 6, 2024<br><br>Judge:  CHRISTINE M. GRAVELLE<br><br>Chapter:  13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief from Stay filed on January 11, 2024 [DE 115]. Order to be submitted.

Date: February 29, 2024            /s/Matthew Fissel
                         Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-12407 BKMFR03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Santander Bank, N.A.

In Re:

SIMONE VASSELL AKA SIMONE WYNTER

Case No: 19-19342-CMG

Hearing Date: March 6, 2024

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Cassondra Emanuel:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Santander Bank, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 2, 2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   Status Change Form

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 2, 2024                          /s/ *Cassondra Emanuel*
                                                  Cassondra Emanuel

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SIMONE VASSELL<br>9 HARRIER COURT | Debtor | ☐ Hand-delivered |

| | | |
|---|---|---|
| NEPTUNE, NJ 07753 | | ☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |
| ROBERT CAMERON LEGG<br>2240 HIGHWAY 33<br>SUITE 112<br>NEPTUNE, NJ 07753 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*