|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorneys for Debtor<br>courtdocs@oliverandlegg.com | Order Filed on April 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Simone Vassell<br><br>                    Debtor | Case No.: 19-19342<br><br>Chapter: 13<br><br>Judge:  CMG |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: April 2, 2024**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $400.00 for services rendered. The allowance is payable through the Chapter 13 Plan as an administrative priority.

**FURTHUR ORDERED** the trustee payment shall disburse funds on hand to satisfy the total fee of $400.00.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-19342-CMG
Simone Vassell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Apr 02, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Simone Vassell, 9 Harrier Court, Neptune, NJ 07753-7660 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 04, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Marlena S. Diaz-Cobo | on behalf of Creditor Foxchase at Tinton Falls II Condominium Association  Inc. collections@theassociationlawyers.com |
| Matthew K. Fissel | on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |

Case 19-19342-CMG    Doc 121    Filed 04/04/24    Entered 04/05/24 00:16:17    Desc
Imaged Certificate of Notice    Page 4 of 4

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 02, 2024 | Form ID: pdf903 | Total Noticed: 1

Matthew K. Fissel
    on behalf of Creditor Sanatander Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Robert Cameron Legg
    on behalf of Debtor Simone Vassell courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9